UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BISMARCK GUTIERREZ, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-11995-ADB |
| | * | |
| KELLY RYAN and LUIS S. SPENCER, | * | |
| | * | |
| Respondents. | * | |
| | * | |

ORDER

October 26, 2015

BURROUGHS, D.J.

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Kelly on October 1, 2015. [ECF No. 38.] No objection has been filed and the 14 day objection period has elapsed. Fed. R. Civ. P. 72(b)(2). This Court therefore approves and adopts the Report and Recommendation in its entirety. The petitioner's petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1] is <u>DENIED</u>, and the case is <u>DISMISSED</u> in its entirety. The Clerk is directed to enter final judgment dismissing the petition.

**SO ORDERED.**

Dated: October 26, 2015

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE